

# CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

CIVIL RIGHTS UNIT
Armando Brigandi
Divisional Deputy City Solicitor
(215) 683-5381
(215) 683-5397

November 5, 2013

**VIA FAX AT (267) 299-5069**
Hon. Paul S. Diamond, U.S.D.J.
Eastern District of Pennsylvania
601 Market Street, Room 6613
Philadelphia, PA 19103

Re: <u>Edward McGill v. City of Philadelphia et al.</u>, 12 cv 5690
    **Consolidated Narcotics Cases**

Dear Judge Diamond:

I want to bring to Your Honor's attention the following cases which have not yet been referred to your docket for pretrial management:

| | | |
|---|---|---|
| Michael Monteleone | 13-5628 (Judge Davis) | |
| Anderson Delgado | 13-5650 (Judge Jones) | |
| Christian Cirigliano | 13-4772 (Judge Jones) | |
| Gabriel Al-Kerni | 13-5731 (Judge Jones) | File |

**FILED**
JAN 1 3 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Additionally, I am attaching an updated list which reflects to date all of the Narcotics Cases that have been filed and served upon the City.

I am available at the Court's convenience should you have any questions or concerns regarding this matter.

Thank you.

Respectfully submitted,

/s/ *Armando Brigandi*
Armando Brigandi, Esq.
Divisional Deputy City Solicitor

cc. Hon. Legrome Davis
Hon. C. Darnell Jones II
Jeff Scott, Esq.
Lloyd Long, Esq.

| *Case Name* | *Docket No_C* |
|---|---|
| Adams, Wade | 13-4876 |
| Al-Kerni, Gabriel | 13-5731 |
| Barksdale, Frederick | 13-575 |
| Basara, Thomas | 13-3583 |
| Carobine, Theodore | 11~4471 |
| Chevere, William | 13-5716 |
| Cirigliano, Christian | 13-4772 |
| Coia, Michael | 13-5717 |
| Crumpton, Vernon | 13-2417 |
| Delgado, Anderson | 13-5650 |
| Elliott, Jai | 13-4346 |
| Freeman, Warren | 13-5713 |
| Garcia, David | 13-1431 |
| George, Frederick | 13-4152 |
| Gilliam, Lawrence | 13-5128 |
| Grilli, Jaime | 13-4594 |
| Knighten, Nicholas | 13-3873 |
| Layre, Warren | 13-1471 |
| Lewis, Talil | 13-4480 |
| McGill, Edward | 12~5690 |
| McIntyre, James | 13-2773 |
| McIntyre, Rahaji | 13-1765 |
| Monteleone, Michael | 13-5628 |
| Myers, Anecia | 13-730 |
| Pagano, Ronald | 13-706 |
| Rodriguez, Ramon | 13-1430 |
| Scott, Joseph | 13-2541 |
| Shebest, Alison | 13-1904 |
| Tien, Shukun | 13-0705 |
| Timer, Byron | 13-3122 |